# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 21, 2012

143180

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DONNIS RAYELL JACKSON,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
*Chief Justice*

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
*Justices*

SC: 143180
COA: 302779
Saginaw CC: 07-029647-FH

On order of the Court, the application for leave to appeal the April 14, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

MARILYN KELLY, J., would remand this case to the Court of Appeals as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2012

_____
Clerk

t0314